**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor: **LINDA, MARK & MARHTA**

Chapter 13 Case No.    **07-50383**
                       jointly administered

RECEIVED
2010 OCT 25 AM 9:20
U.S. BANKRUPTCY COURT
DULUTH, MN

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| FRIST EXPRESS<br>PO OX 856021<br>LOUISVILLE, KY 40285-6021 | 1 | $869.60 | $12.88 |

**TOTAL TO CLERK'S FUND**                                                  $12.88

10/20/10 9/15/2010                              /s/ Kyle L Carlson
DATE                                             TRUSTEE

30333
10-25-10